IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ROCO, INC., on behalf of itself, and all others similarly situated,

Plaintiff,

vs.

EOG RESOURCES, INC. (including predecessors and successors),

Defendant.

Case No. 14-1065-JAR-KMH

**REVISED SCHEDULING ORDER**

The parties have agreed to this order and, there being good cause,

IT IS HEREBY ORDERED pursuant to Fed. R. Civ. P. 16 that the deadlines described below shall control until a ruling on the plaintiffs' motion for class certification.

| Event | Schedule |
|---|---|
| Documents previously produced by parties shall be deemed authenticated except as to those objected to | April 2, 2015 |
| Class Certification Motion filed with all supporting evidence, including expert disclosures | June 1, 2015 |
| Plaintiff's Written Good-Faith Settlement Proposal | June 10, 2015 |
| Class Certification Response filed with all supporting evidence, including expert disclosures | September 1, 2015 |
| Motions to compel | September 1, 2015 |
| Defendant's Written Good-Faith Counter-Proposal | September 4, 2015 |
| Confidential Settlement Report to Magistrate Judge (unless jointly filed notice stating whom selected as mediator) | October 9, 2015 |

| | |
|---|---|
| Class Certification Reply filed with any rebuttal evidence, including rebuttal expert disclosures, if any | October 15, 2015 |
| Class Certification Discovery Cutoff | November 6, 2015 |
| Motion for Oral Argument and/or for an evidentiary hearing | November 13, 2015 |
| Supplementation of Disclosures | Per rule and 40 days prior to close of discovery |

IT IS SO ORDERED.

Dated this 4th day of November, 2014 at Wichita, Kansas.

S/ Karen M. Humphreys
KAREN M. HUMPHREYS
U.S. Magistrate Judge