IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ROCO, INC. and SONYA L. SMITH, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs. Case No. 14-1065-JAR-KMH

EOG RESOURCES, INC. (including predecessors and successors),

Defendant.

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES**

The parties have agreed to this order and, there being good cause,

IT IS HEREBY ORDERED pursuant to Fed. R. Civ. P. 16 that all deadlines described below are extended as follows:

| Event | Dates |
|---|---|
| Class Certification Motion filed with all supporting evidence, including expert disclosures | September 15, 2015 |
| Deadline to file motions to compel; The 30 day time limit in Local Rule 37.1 shall not apply | December 16, 2015 |
| Class Certification Response filed with all supporting evidence, including expert disclosures | December 16, 2015 |
| Class Certification Reply filed with any rebuttal evidence, including rebuttal expert disclosures, if any | January 28, 2016 |
| Class Certification Discovery Cutoff | February 19, 2016 |

| | |
|---|---|
| Motion for Oral Argument and/or for an evidentiary hearing | February 26, 2016 |
| Supplementation of Disclosures | Per rule and 40 days prior to close of discovery |
| Plaintiffs' Written Good-Faith Settlement Proposal | September 23, 2015 |
| Defendants' Written Good-Faith Counter-Proposal | December 18, 2015 |
| Confidential Settlement Report to Magistrate Judge (unless jointly filed notice stating whom selected as mediator) | January 22, 2016 |

Dated May 8, 2015

S/ Karen M. Humphreys
KAREN M. HUMPHREYS
U.S. Magistrate Judge