UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| ROCO, INC. and SONYA L. SMITH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs, | ) | |
| v. | ) | Case No. 14-cv-1065-JAR-TJJ |
| EOG RESOURCES, INC.,<br><br>Defendant. | ) | |

**ORDER REGARDING TIMING OF CLASS CERTIFICATION DISCOVERY**

On March 7, 2016, at the request of Defendant, the Court conducted a telephone Status Conference in this case and the case captioned, *Thelma Jean Lambert Living Trust v. Chevron U.S.A., Inc.*, D. Kan. Case No.14-1220-JAR-TJJ. The Court took up the parties' dispute over Defendant's notice of oral deposition of Plaintiffs' expert Dr. Foster, whose deposition is noticed for March 15, 2016 in Virginia, and Defendant's desire to pursue additional class certification discovery. Plaintiffs appeared at the Status Conference through counsel, Rex A. Sharp and Barbara C. Frankland. Defendant appeared through counsel, James M. Armstrong and Daniel M. McClure. This Order memorializes the Court's rulings from the Status Conference.

(1) As the deposition of Plaintiffs' expert Dr. Foster has already been scheduled and travel arrangements made, the Court orders the parties to proceed with Dr. Foster's deposition as scheduled on March 15, 2016.

(2) Class certification discovery is not stayed under the Court's March 1, 2016 Order and Case Management Scheduling Order (ECF No. 103), and the parties may conduct discovery regarding class certification before the Court rules on Defendant's pending Motion for Summary

Judgment (ECF No. 69). However, with the exception of Dr. Foster's deposition, no further class certification discovery will be allowed until after the completion of Plaintiffs' Fed. R. Civ. P. 56(d) discovery, which must be completed by May 2, 2016. After that date, the parties may proceed with class certification discovery. If any party still seeks a stay of class certification discovery, that party must file a motion requesting such a stay for the Court's consideration.

IT IS SO ORDERED.

Dated this 7th day of March 2016 at Kansas City, Kansas.

*s/ Teresa J. James*
Teresa J. James
United States Magistrate Judge