# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

ROCO, INC. and SONYA L. SMITH,       )
on behalf of themselves and all others    )
similarly situated,                      )
                                        )
        Plaintiffs,                )
                                        )
vs.                                   )  Case No. 14-1065-JAR-TJJ
                                        )
EOG RESOURCES, INC. (including predecessors )
and successors),                   )
                                        )
        Defendant.                )
_____)

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY

Plaintiffs move the Court for leave to file the attached sur-reply to respond to Defendants'

reply in support of its motion for summary judgment as to all Kansas class claims. A sur-reply is

often allowed when, as here, the movant presents new evidence with its reply brief. Likewise, a sur-

reply is often allowed when, as here, the movant presents law that is outdated, superseded, and

wrong.

Plaintiffs ask that the Court grant them leave to file the attached sur-reply.

Respectfully submitted,

s/ *Rex A. Sharp*
Rex A. Sharp KS #12350
Barbara C. Frankland KS #14198
REX A. SHARP, P.A.
5301 W. 75th Street
Prairie Village, KS  66208
(913) 901-0505
(913) 901-0419 fax
rsharp@midwest-law.com
bfrankland@midwest-law.com

ATTORNEYS FOR PLAINTIFFS

1

## CERTIFICATE OF SERVICE

I hereby certify that, on this 28th day of June, 2016, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to counsel all counsel of record.

s/ <em>Rex A. Sharp</em>